Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

11 So.2d 171

**H. P. McKINNEY v. STATE.**

**8 Div. 307.**

Court of Appeals of Alabama.

Nov. 3, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

5 So.2d 849

**Lizzie McKINNEY v. STATE.**

**I Div. 398.**

Court of Appeals of Alabama.

Nov. 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

5 So.2d 850

**Cota McKINNON v. STATE.**

**3 Div. 844.**

Court of Appeals of Alabama.

Jan. 13, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

4 So.2d 923

**Howard McNATT v. STATE.**

**8 Div. 200.**

Court of Appeals of Alabama.

Nov. 4, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

5 So.2d 850

**Rheba McNATT v. STATE.**

**8 Div. 201.**

Court of Appeals of Alabama.

Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

3 So.2d 924

**Harrison McSHERRY v. STATE.**

**8 Div. 741.**

Court of Appeals of Alabama.

May 27, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

6 So.2d 905
## Harrison McSHERRY v. STATE.
### 8 Div. 802.

Court of Appeals of Alabama.
Feb. 3, 1942.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

1 So.2d 925
## John MADDOX v. STATE.
### 5 Div. 118.

Court of Appeals of Alabama.
Feb. 18, 1941.

Reynolds & Reynolds, of Clanton, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

1 So.2d 925
## John MADDOX v. STATE.
### 5 Div. 119.

Court of Appeals of Alabama.
Feb. 4, 1941.

Reynolds & Reynolds, of Clanton, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

4 So.2d 923
## Melvin MADDOX v. STATE.
### 7 Div. 649.

Court of Appeals of Alabama.
Oct. 28, 1941.

E. W. Harmon, of Anniston, for appellant.
Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

10 So.2d 58
## Hattie Lee MADISON v. CITY OF BIRMINGHAM.
### 6 Div. 826.

Court of Appeals of Alabama.
June 23, 1942.

Clifford Emond, of Birmingham, for appellant.

SIMPSON, Judge.
Appeal dismissed, motion of appellant.